

FILED
FEB 2 0 2018

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAENZ, Rosaelena Mary (1)<br>NUNEZ-Hernandez, Roel (2)<br><br>    Defendants. | Magistrate Case No. 18MJ0758<br><br><u>COMPLAINT FOR VIOLATION</u><br><br>Title 21 U.S.C. § 841(a)(1) –<br>Possession of a Controlled Substance with the Intent to Distribute<br><br>Title 8 U.S.C. § 1326 – Reentry of Removed Aliens |

The undersigned Complainant, being duly sworn, states:

<u>Count I</u>

On or about February 19, 2018, within the Southern District of California, defendants, Rosaelena Mary SAENZ and Roel NUNEZ-Hernandez, did knowingly and intentionally possess with the intent to distribute more than 500 grams, to wit: approximately 15.35 kilograms (33.84 pounds) of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

<u>Count II</u>

On or about February 19, 2018, within the Southern District of California, defendant Roel NUNEZ-Hernandez, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of

the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressing consented to the defendant's reapplication for admissioninto the United States; in violation of Title 8, United States Code, Section 1326.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Robert Prime
Special Agent
Drug Enforcement Administration

Sworn to me and subscribed in my presence this 20th day of February, 2018.

HONORABLE JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On February 19, 2018, United States Border Patrol Agent (USBP) Patrol Agent (BPA) Juan Torres was assigned to traffic check duties at the State Route 94 USBP Checkpoint in Jamul, California. This area is located approximately twelve and one half miles west of the Tecate, California Port of Entry and approximately four miles north of the international boundary between the United States and Mexico. All signs, lights and equipment were up and fully operational.

At approximately 10:53 p.m., BPA Torres was performing immigration inspection duties when a 2007 Charcoal gray Honda Accord, bearing California license plates SAENZ5, approached the primary inspection area. The vehicle have one visible female occupant. BPA Torres identified himself and USBP and asked the female driver her citizenship. The driver, later identified as Rosaelena Mary SAENZ stated "United States" and she handed BPA Torres her United States passport card. BPA Torres asked SAENZ where she was coming from and she stated from Tecate. BPA Torres, using his flashlight, noticed a lot of personal items in her backseat. BPA Torres asked SAENZ what was in the trunk of the vehicle and SAENZ stated there was nothing. BPA Torres asked SAENZ if he could search the trunk of the vehicle and she granted BPA Torres permission. BPA Torres asked SAENZ if she could open the trunk from inside of the vehicle. SAENZ did not answer, but the trunk popped open. BPA Torres walked to the rear of the vehicle and noticed the trunk was full of blankets and clothes. BPA Torres noticed a blanket was concealing a large area of the trunk. BPA Torres moved the blanket so he could have a clear view of the interior of the trunk. As BPA Torres moved the blanket, BPA Torres saw a person's face looking at him. At this time, BPA Torres walked back to the SAENZ and told her to turn off the engine. BPA Torres notified BPA Alferez, who was standing at the primary

booth, that he had a body in the trunk. BPA Torres walked back to the trunk and properly identified himself to the person in the trunk. BPA Torres asked the person in the trunk, later identified as Roel NUNEZ-Hernandez, to state his citizenship. NUNE-Hernandez responded "Mexican". BPA Torres asked NUNEZ-Hernandez if he had any documents that would allow him to be or remain in the United States legally and NUNEZ-Hernandez responded "No". BPA Torres asked NUNEZ-Hernandez if he was illegally in the United States and he responded "No". BPA Torres asked NUNEZ-Hernandez a second time, in which he responded "Yes".

At approximately 10:57 p.m., BPA Torres told NUNEZ-Hernandez that he was under arrest for being in the United States illegally, and was placed into a holding cell at the USBP checkpoint. At this time BPA Alferez placed SAENZ under arrest for 8 USC 1324, alien smuggling.

At approximately 11:00 p.m., BPA John Bushless and his canine who are certified in the detection of concealed humans and the odors of marijuana, cocaine, heroin, and methamphetamine as well as their derivatives, were performing secondary inspection duties. Once all occupants were removed from the vehicle, BPA Bushless conducted a systematic search of the vehicle. The canine at this time alerted to the Honda and jumped inside of the vehicle. At approximately 1:40 a.m., BPA Escoto, who conducted a ZBT Backscatter non-intrusive scan of the vehicle, observed anomalies inside of the vehicle, particularly around the doors. A subsequent search revealed several packages wrapped in clear cellophane located inside the passenger side front door and both rear doors. Further observation revealed the substance inside the cellophane packages to be a white-crystal like substance consistent to the characteristics of methamphetamine. At approximately 1:50 a.m., the substance tested positive for methamphetamine using a NIK Reagent Test Kit. Removal of the packages

revealed a total of 28 packages with a net weight of 15.35 kilograms (33.84 pounds).

On February 20, 2018, at approximately 2:10 a.m., the DEA Task Force (Operation Alliance) was contacted regarding the incident. At approximately 3:30 a.m., DEA SA's Robert Prime and Dean Henderson arrived at the USBP Brown Field station regarding the arrest of SAENZ, NUNEZ-Hernandez and the seizure of the methamphetamine.

During the post Miranda interview, NUNEZ-Hernandez admitted that he and SAENZ received $6,000.00 in U.S. Currency (USC) to transport the drugs to an unknown location in San Diego.

Routine record checks of Defendant NUNEZ-Hernandez revealed a criminal and immigration history. Official immigration records of the Department of Homeland Security revealed defendant NUNEZ-Hernandez was previously deported to Mexico on August 26, 1995 by an immigration judge and again on November 24, 2004 through an administrative deportation. These same records show that defendant NUNEZ-Hernandez has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.